**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TERRY W. BURCHETT,<br>　　　　　Plaintiff,<br><br>vs.<br><br>ACR, INC. and MICHAEL BRANNON<br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-1489-CAP |

## J U D G M E N T

Defendants having presented plaintiff with an offer of judgment to allow judgment to be taken against them, in which the plaintiff has accepted in accordance with Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff TERRY W. BURCHETT, against the defendants ACR, INC. and MICHAEL BRANNON jointly and severally, for the sum of $29,909.87, consisting of $1,409.87 in favor of Plaintiff Burchett and $28,500.00 as reasonable attorney's fees and costs as to Michael A. Caldwell.

Dated at Atlanta, Georgia, this 23rd day of October, 2013.

　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　　s/Andrea Gee　　　　
　　　　　　　　　　　　　　　　　　　Andrea Gee, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 24, 2013
James N. Hatten
Clerk of Court

By: s/Andrea Gee　　　　
　　　　Deputy Clerk